**HASBANI & LIGHT, P.C.**
Danielle P. Light, Esq.
*Counsel for Plaintiff*
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 643-6677

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  WINDWARD BORA, LLC,

                                                 **NOTICE OF VOLUNTARY**
                                                 **DISCONTINUANCE**
                                                 Case No.: 18-cv-06355

                                       Plaintiff,

                               -against-

ADRIAN ARMSTRONG; AYANA BERTRAND-
ARMSTRONG A/K/A AYANA BERTRAND
ARMSTRONG; NEW YORK CITY TRANSIT
ADJUDICIATION BUREAU; KINGS COUNTY
COURT; AND PLATINUM FINANCIAL SERVICES
CORP.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

plaintiff(s) WINDWARD BORA, LLC and or their counsel(s), hereby give notice that the

above captioned action is voluntarily dismissed, without prejudice against the defendants

ADRIAN ARMSTRONG; AYANA BERTRAND-ARMSTRONG A/K/A AYANA

BERTRAND ARMSTRONG; NEW YORK CITY TRANSIT ADJUDICIATION BUREAU;

KINGS COUNTY COURT AND PLATINUM FINANCIAL SERVICES CORP.,

Dated: New York, New York
       March 15, 2021                    BY:        */s/Danielle P. Light*
                                                    Danielle P. Light, Esq.
                                                    *Attorneys for Plaintiff*